UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLENE A. GILKERSON,

        Plaintiff,                         Case No: 1:10-cv-1261

v.                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

        Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 17, 2012, recommending that this Court affirm the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

        **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 24) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.

        A Judgment will be entered consistent with this Order.


Dated: February 6, 2012                               /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge